# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stewart, Daniel J. | United States District Court, Northern District of New York | 06/25/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Term | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court, Northern District of New York
James T Foley US Courthouse
445 Broadway
Albany, NY 12207

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 - Manning & Napier |
| 2. | Adjunct Faculty Member | Albany Law School |
| 3. | Vice President | Bedford Close Homeowners Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 06/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 06/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  SEFCU | A | Int./Div. | J | T | | | | | |
| 2.  1/4 Interest in Property - Jay, NY Assessed at $65,000 | | None | L | S | | | | | |
| 3.  Hickory Hill Ski Center, Inc Stock | | None | J | U | | | | | |
| 4.  Next Gen 529 College Savings Plan of Maine, Blackrock age 14-16 | | None | | | Distributed | 07/01/18 | J | A | |
| 5.  Manning and Napier, IRA, Pro Blend Extended Term Series S | E | Dividend | N | T | | | | | |
| 6.  Trust #1 - Manning & Napier (H) | | | | | | | | | |
| 7.  -EXETER TRUST COMPANY CASH AND CASH EQUIVALENTS | A | Dividend | K | T | | | | | |
| 8.  ALIBABA GROUP HOLDING LTD | | None | | | Buy | 02/08/18 | J | | |
| 9. | | | | | Sold (part) | 11/15/18 | J | A | |
| 10. | | | | | Sold | 12/20/18 | J | A | |
| 11. -ALPHABET INC CL A | | None | J | T | | | | | |
| 12. -ALPHABET INC CL C | | None | J | T | | | | | |
| 13. -AMAZON.COM INC | | None | J | T | | | | | |
| 14. -AMBEV SA ADR | A | Dividend | J | T | Sold (part) | 10/18/18 | J | A | |
| 15. AMERICAN TOWER CORP | A | Dividend | J | T | Buy | 03/08/18 | J | | |
| 16. | | | | | Buy (add'l) | 08/30/18 | J | | |
| 17. -ANHEUSER BUSCH INBEV SA/NV | A | Dividend | J | T | Buy (add'l) | 01/05/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -ARCONIC INC | A | Dividend | | | Sold<br>(part) | 02/07/18 | J | A | |
| 19. | | | | | Sold | 02/20/18 | J | B | |
| 20. -ASHLAND GLOBAL HOLDINGS INC | | | | | Sold | 01/24/18 | J | B | |
| 21. -ANTOFAGASTA PLC | A | Dividend | | | Buy<br>(add'l) | 03/13/18 | J | | |
| 22. | | | | | Sold | 05/25/18 | J | A | |
| 23. -BALL CORP | A | Dividend | J | T | Buy<br>(add'l) | 01/22/18 | J | | |
| 24. BERKSHIRE HATHAWAY INC CL B | | None | J | T | Buy | 10/18/18 | J | | |
| 25. | | | | | Buy<br>(add'l) | 11/15/18 | J | | |
| 26. -BIOGEN INC | | None | | | Sold<br>(part) | 06/11/18 | J | A | |
| 27. | | | | | Sold<br>(part) | 07/02/18 | J | A | |
| 28. | | | | | Sold | 10/26/18 | J | A | |
| 29. -BIOMARIN PHARMACEUTICAL INC | | None | J | T | Sold<br>(part) | 07/20/18 | J | A | |
| 30. | | | | | Sold<br>(part) | 11/15/18 | J | A | |
| 31. -BLACKROCK INC | A | Dividend | J | T | Buy<br>(add'l) | 04/19/18 | J | | |
| 32. | | | | | Sold<br>(part) | 11/15/18 | J | B | |
| 33. -BRISTOL-MYERS SQUIBB CO | A | Dividend | J | T | | | | | |
| 34. BOOKING HLDGS INC | | None | J | T | Spinoff<br>(from line 124) | 02/27/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/27/18 | J | C | |
| 36. CBOE GLOBAL MARKETS INC | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 37. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 38. CME GROUP INC | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 39. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 40. CF INDUSTRIES HLDGS | A | Dividend | | | Buy | 05/18/18 | J | | |
| 41. | | | | | Sold | 10/24/18 | J | B | |
| 42. COCA-COLA CO | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 43. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 44. -DAVITA INC | | None | J | T | Sold (part) | 04/12/18 | J | A | |
| 45. | | | | | Sold (part) | 11/07/18 | J | A | |
| 46. -DIAGEO PLC | A | Dividend | J | T | | | | | |
| 47. -DIAMOND OFFSHORE DRILLING | | None | J | T | Sold (part) | 06/27/18 | J | A | |
| 48. | | | | | Sold (part) | 11/16/18 | J | A | |
| 49. -ELECTRONIC ARTS | | None | J | T | Sold (part) | 06/21/18 | J | C | |
| 50. -ENSCO PLC CL A | A | Dividend | J | T | Buy (add'l) | 05/17/18 | J | | |
| 51. | | | | | Sold (part) | 11/15/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -EQUIFAX INC | A | Dividend | | | Sold (part) | 06/27/18 | J | A | |
| 53. | | | | | Sold (part) | 08/31/18 | J | A | |
| 54. | | | | | Sold | 11/16/18 | J | A | |
| 55.  EQUINIX INC | A | Dividend | J | T | Buy | 06/20/18 | J | | |
| 56.  ETRADE FINANCIAL CORP | A | Dividend | J | T | Buy | 03/08/18 | J | | |
| 57. | | | | | Sold (part) | 05/21/18 | J | A | |
| 58. | | | | | Sold (part) | 10/18/18 | J | A | |
| 59.  -EURONET WORLDWIDE INC | | None | | | Buy (add'l) | 01/05/18 | J | | |
| 60. | | | | | Sold | 04/09/18 | J | A | |
| 61.  -EXPRESS SCRIPTS HOLDING CO | | None | | | Sold | 03/12/18 | J | A | |
| 62.  -FACEBOOK INC-A | | None | | | Buy (add'l) | 05/01/18 | J | | |
| 63. | | | | | Sold (part) | 03/21/18 | J | C | |
| 64. | | | | | Sold | 07/30/18 | K | C | |
| 65.  -FEDEX CORP | A | Dividend | J | T | Sold (part) | 01/04/18 | J | A | |
| 66. | | | | | Sold (part) | 11/15/18 | J | A | |
| 67.  -FIRST QUANTUM MINERALS LTD | | None | | | Sold | 02/21/18 | J | A | |
| 68.  -GENESEE & WYOMING INC CL A | | None | | | Sold (part) | 06/27/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 11/19/18 | J | A | |
| 70.    -INCYTE CORP | | None | J | T | Buy<br>(add'l) | 03/16/18 | J | | |
| 71. | | | | | Buy<br>(add'l) | 04/10/18 | J | | |
| 72. | | | | | Buy<br>(add'l) | 08/22/18 | J | | |
| 73. | | | | | Sold<br>(part) | 07/23/18 | J | A | |
| 74. | | | | | Sold<br>(part) | 10/19/18 | J | A | |
| 75. | | | | | Sold<br>(part) | 11/09/18 | J | A | |
| 76. | | | | | Sold<br>(part) | 11/15/18 | J | A | |
| 77.    INDUSTRIA DE DISENO TEXTIL SA | A | Dividend | J | T | Buy | 03/19/18 | J | | |
| 78. | | | | | Sold<br>(part) | 06/28/18 | J | A | |
| 79.    INTERCONTINENTAL EXCHANGE INC | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 80. | | | | | Buy<br>(add'l) | 11/15/18 | J | | |
| 81.    INTERXION HOLDING NV | | None | J | T | Buy | 08/16/18 | J | | |
| 82. | | | | | Buy<br>(add'l) | 11/13/18 | J | | |
| 83.    LIVERAMP HLDGS INC | | None | J | T | Buy | 11/02/18 | J | | |
| 84.    -LULULEMON ATHLETICA INC | | None | J | T | Sold<br>(part) | 06/22/18 | J | B | |
| 85. | | | | | Sold<br>(part) | 10/18/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 11/15/18 | J | A | |
| 87. -LUNDIN MINING CORP | A | Dividend | | | Buy (add'l) | 03/13/18 | J | | |
| 88. | | | | | Sold | 10/23/18 | J | A | |
| 89. -MANNING & NAPIER FUND INC HIGH YIELD BOND SERIES | B | Dividend | K | T | Buy (add'l) | 03/19/18 | J | | |
| 90. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 91. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 92. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 93. -MANNING & NAPIER INTERNATIONAL SERIES FUND | A | Dividend | K | T | Buy (add'l) | 09/19/18 | J | | |
| 94. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 95. | | | | | Sold (part) | 06/25/18 | J | A | |
| 96. -MANNING & NAPIER FUND INC NEW YORK TAX EXEMPT SERIES FUND | B | Dividend | M | T | Buy (add'l) | 03/16/18 | J | | |
| 97. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 98. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 99. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 100. -MANNING & NAPIER FUND INC REAL ESTATE SERIES | A | Dividend | K | T | Buy (add'l) | 09/19/18 | J | | |
| 101. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 102. | | | | | Sold (part) | 06/25/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -MANNING & NAPIER FUND INC WORLD OPPORTUNITIES SERIES FUND | A | Dividend | | | Buy (add'l) | 09/19/18 | J | | |
| 104. | | | | | Sold (part) | 06/25/18 | J | A | |
| 105. | | | | | Sold | 09/24/18 | J | A | |
| 106. MANNING & NAPIER FD - NEW OVERSEAS SER CL S | A | Dividend | J | T | Spinoff (from line 103) | 09/24/18 | J | | |
| 107. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 108. -MANNING & NAPIER GL FI S | | None | | | Sold | 11/30/18 | J | A | |
| 109. -MASTERCARD INC CL A | A | Dividend | J | T | | | | | |
| 110. -MEDTRONIC PLC | A | Dividend | J | T | | | | | |
| 111. MERCK & CO INC | A | Dividend | J | T | Buy | 01/12/18 | J | | |
| 112. | | | | | Sold (part) | 06/27/18 | J | A | |
| 113. MERCK KGAA | | None | J | T | Buy | 09/26/18 | J | | |
| 114. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 115. -MICROSOFT CORP | A | Dividend | J | T | Buy (add'l) | 02/09/18 | J | | |
| 116. MONDELEZ INTERNATIONAL INC | A | Dividend | J | T | Buy | 08/31/18 | J | | |
| 117. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 118. NESTLE SA | | None | J | T | Buy | 10/19/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 120. -NIELSEN HOLDINGS PLC | | None | | | Sold | 02/15/18 | J | A | |
| 121. -NOVARTIS AG NAMEN SPON ADR | A | Dividend | J | T | | | | | |
| 122. PEPSICO INC | | None | J | T | Buy | 10/18/18 | J | | |
| 123. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 124. -PRICELINE GROUP INC/THE | | None | | | Sold | 02/27/18 | J | A | |
| 125. -QORVO INC | | None | J | T | Buy (add'l) | 02/08/18 | J | | |
| 126. | | | | | Sold (part) | 06/11/18 | J | A | |
| 127. QUEBECOR INC CL B | A | Dividend | J | T | Buy | 04/24/18 | J | | |
| 128. -REGENERON PHARMACEUTICALS | | None | J | T | Sold (part) | 07/17/18 | J | A | |
| 129. | | | | | Sold (part) | 11/15/18 | J | A | |
| 130. SBA COMMUNICATIONS CORP | | None | J | T | Buy | 03/08/18 | J | | |
| 131. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 132. -SCHLUMBERGER LTD | A | Dividend | J | T | Sold (part) | 11/15/18 | J | A | |
| 133. SCHWAB CHARLES NEW | A | Dividend | J | T | Buy | 03/08/18 | J | | |
| 134. | | | | | Buy (add'l) | 04/19/18 | J | | |
| 135. | | | | | Sold (part) | 10/18/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Sold (part) | 10/29/18 | J | A | |
| 137. -SEALED AIR CORP | A | Dividend | J | T | | | | | |
| 138. -SEATTLE GENETICS INC | | None | J | T | Buy (add'l) | 11/08/18 | J | | |
| 139. | | | | | Sold (part) | 07/18/18 | J | A | |
| 140. | | | | | Sold (part) | 07/20/18 | J | A | |
| 141. -SERVICENOW INC | | None | J | T | Sold (part) | 01/23/18 | J | D | |
| 142. | | | | | Sold (part) | 03/05/18 | J | C | |
| 143. | | | | | Sold (part) | 07/24/18 | J | C | |
| 144. SHAW COMMUNICATIONS INC B | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 145. -SOUTHERN COPPER CORP | A | Dividend | | | Sold | 03/14/18 | J | A | |
| 146. -SKYWORKS SOLUTIONS INC | A | Dividend | | | Sold (part) | 03/21/18 | J | B | |
| 147. | | | | | Sold (part) | 08/07/18 | J | A | |
| 148. | | | | | Sold | 11/16/18 | J | A | |
| 149. -TENCENT HOLDINGS LTD | A | Dividend | J | T | Buy (add'l) | 08/22/18 | J | | |
| 150. -TEXAS INSTRUMENTS INC | A | Dividend | | | Sold | 10/29/18 | J | A | |
| 151. -TRANSOCEAN LTD | | None | J | T | Sold (part) | 11/15/18 | J | A | |
| 152. -TSY INFL IX N/B 0.125% 04/15/2018 | A | Interest | | | Sold | 04/16/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153.  -TSY INFL IX N/B 0.625% 02/15/2043 | A | Interest | J | T | | | | | |
| 154.  -TSY INFL IX N/B 1.125% 01/15/2021 | A | Interest | J | T | | | | | |
| 155.  -US TREASURY INFL IX N/B 0.125% 01/15/2022 | A | Interest | J | T | | | | | |
| 156.  -UNILEVER PLC ADR AMER SHS SPON | A | Dividend | J | T | | | | | |
| 157.  -US TREASURY BOND 3.00% 05/15/2047 | A | Interest | K | T | Buy | 01/23/18 | J | | |
| 158. | | | | | Buy (add'l) | 02/14/18 | J | | |
| 159.  -US TREASURY BOND 2.50% 02/15/2045 | A | Interest | J | T | | | | | |
| 160.  -US TREASURY BOND 4.75% 02/15/2037 | A | Interest | J | T | | | | | |
| 161.  -US TREASURY BOND 6.25% 05/15/2030 | A | Interest | J | T | | | | | |
| 162.  -US TREASURY NOTE 1.625% 04/30/2023 | B | Interest | J | T | Sold (part) | 01/19/18 | K | A | |
| 163. | | | | | Sold (part) | 09/26/18 | K | A | |
| 164. | | | | | Sold (part) | 11/26/18 | K | A | |
| 165.  -US TREASURY NOTE 2.375% 05/15/2027 | A | Interest | K | T | | | | | |
| 166.  -US TREASURY NOTE 2.00% 04/30/2024 | A | Interest | L | T | Buy | 07/31/18 | K | | |
| 167. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 168. | | | | | Buy (add'l) | 12/07/18 | K | | |
| 169.  -VERTEX PHARMACEUTICALS INC | | None | J | T | Sold (part) | 03/09/18 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170.  -VISA INC CL A | A | Dividend | J | T | Sold (part) | 06/27/18 | J | A | |
| 171.  -WEYERHAEUSER CO REITS | A | Dividend | | | Sold | 05/02/18 | J | B | |
| 172.  -ZAYO GROUP HOLDINGS INC | | None | J | T | Sold (part) | 06/27/18 | J | A | |
| 173. | | | | | Sold (part) | 11/14/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 06/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts

1. The 2016 report included "Thrift Savings Plan - Lifecycle Funds L2030 (x)" on line 8. This is not included on the 2017 Report as Federal Thrift Savings Plans are not required to be reported.

2. Line 3, Amerian Bar Association IRA was fully distributed into a Federal Thrift Savings Plan. As such no gain is reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel J. Stewart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544